## HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY *v.* UNDERWRITERS AT LLOYD'S AND COMPANIES COLLECTIVE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 121 Conn. App. 31 (AC 30162), is denied.

ROGERS, C. J., did not participate in the consideration of or decision on this petition.

*Maurice T. FitzMaurice*, in support of the petition.

*Linda J. Morkan* and *Jeffrey J. White*, in opposition.

Decided June 24, 2010

## BERNARD BEWRY *v.* COMMISSIONER OF CORRECTION

The petitioner Bernard Bewry's petition for certification for appeal from the Appellate Court, 121 Conn. App. 259 (AC 30505), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Michael Zariphes*, special public defender, in support of the petition.

*John A. East III*, senior assistant state's attorney, in opposition.

Decided June 24, 2010